IN RE WILL OF WATT

No. 106P87.

Case below: 84 N.C. App. 457.

Petition by caveators for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987. Petition by caveators for writ of supersedeas denied and temporary stay dissolved 5 May 1987.

KWAN-SA YOU v. ROE

No. 81P87.

Case below: 84 N.C. App. 147.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

LA NOTTE, INC. v. NEW WAY GOURMET, INC.

No. 48P87.

Case below: 83 N.C. App. 480.

Motion by defendant and third-party plaintiffs to dismiss appeal by plaintiff and third-party defendant for failure to comply with the Rules of Appellate Procedure allowed 7 April 1987. Petition by plaintiff and third-party defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1987.

SHEPPARD v. COMMUNITY FED. SAV. AND LOAN

No. 99P87.

Case below: 84 N.C. App. 257.

Petition by defendant (Judy Hovey) for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987. Petition by defendant (Community Savings) for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

SPARKS v. LOWE'S

No. 100P87.

Case below: 84 N.C. App. 312.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.